UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:17-CV-448-JHM
*Electronically Filed*

The Estate of Esther Jane Cecil,
by and through the co-executors of her estate,
Anthony Dominic Cecil, III and Terrance Wayne Cecil          Plaintiffs

v.

GGNSC Louisville Hillcreek, LLC
d/b/a Golden LivingCenter - Hillcreek                        Defendant

## NOTICE OF REMOVAL

Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter - Hillcreek (hereinafter "GLC-Hillcreek"), hereby removes to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *The Estate of Esther Jane Cecil, by and through the co-executors of her estate, Anthony Dominic Cecil, III and Terrance Wayne Cecil v. GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek.*, Case No. 17-CI-03389, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky.  As grounds for its removal of the Action, GLC-Hillcreek states:

1.     On June 28, 2017, the Estate of Esther Jane Cecil, by and through the co-executors of her estate, Anthony Dominic Cecil, III and Terrance Wayne Cecil ("Plaintiffs") filed a Complaint in Jefferson Circuit Court, Case No. 17-CI-03389.  GLC-Hillcreek was served with a summons and a copy of a Complaint on July 7, 2017, through its agent for service of process, Corporation Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a).

1

2. Plaintiffs are and were at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-03389, citizens of the Commonwealth of Kentucky.

3. GLC-Hillcreek at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-03389, was a Delaware limited liability company, and none of its members are citizens of Kentucky. More specifically, the sole member of GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek is GGNSC Equity Holdings, LLC. The sole member of GGNSC Equity Holdings, LLC is Golden Gate National Senior Care, LLC. The sole member of Golden Gate National Senior Care, LLC is GGNSC Holdings, LLC. The sole member of GGNSC Holdings, LLC, is Drumm Corp. Drumm Corp. is a Delaware corporation with its principal place of business in San Fransisco, CA. Therefore, GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek is a citizen of Delaware and California.

4. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

5. Based upon admissions in the Complaint attached hereto, Plaintiffs seeks in excess of the minimal jurisdiction limit of this court in damages, exclusive of interest and costs. The Complaint alleges that Esther Jane Cecil suffered a fall and serious bodily injuries, in whole or in part, by Defendant. Moreover, the Complaint alleges that Ms. Cecil suffered mental injuries and suffering, pain and mental anguish, incurred medical expenses, and seeks compensatory damages, plus costs and fees to which Plaintiffs are entitled by law.

8271033v.1

7. This Notice of Removal is filed within thirty (30) days after GLC- Hillcreek received a copy of Plaintiff's Complaint on July 7, 2017, as required by 28 U.S.C. 1446(b).

8. A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon counsel of record.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Marcia L. Pearson
Marcia L. Pearson
Stephanie M. Carr
Edward M. O'Brien
marcia.pearson@wilsonelser.com
stephanie.carr@wilsonelser.com
edward.obrien@wilsonelser.com
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 – fax
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson
Stephanie M. Carr
Edward M. O'Brien

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Charles W. Miller
Rheanne Dodson Falkner
MILLER & FALKNER
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
Telephone: (502) 583-2300
Facsimile: (502) 583-2323
*Counsel for Plaintiffs*

//s/ Marcia L. Pearson
*Counsel for Defendant*