# EXHIBIT A



# Notice of Service of Process

null / ALL
Transmittal Number: 16852933
Date Processed: 07/07/2017

| | |
|---|---|
| **Primary Contact:** | Davena D. Morgan Thurmond<br>Golden Living<br>1000 Fianna Way<br>Fort Smith, AR 72919 |
| **Electronic copy provided to:** | Ms. Amy Nguyen<br>Brenda Boster<br>Lisa Lowther |

| | |
|---|---|
| **Entity:** | GGNSC Louisville Hillcreek LLC<br>Entity ID Number  2498221 |
| **Entity Served:** | GGNSC Louisville Hillcreek LLC d/b/a Golden Living Center - Hillcreek |
| **Title of Action:** | The Estate of Esther Jane Cecil, by and through the Co-Executors of Her Estate, Anthony Dominic Cecil, III and Terrance Wayne Cecil vs. GGNSC Louisville Hillcreek LLC d/b/a Golden Living Center - Hillcreek |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Jefferson County Circuit Court, Kentucky |
| **Case/Reference No:** | 17CI03389 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 07/07/2017 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Charles W. Miller<br>502-583-2300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**17CI03389**

| AOC-105 Doc. Code: CI | | Case No. | |
|---|---|---|---|
| Rev. 1-07 Page 1 of 1 | | Court | ✓ Circuit ☐ District |
| Commonwealth of Kentucky Court of Justice www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | County | Jefferson |

**PLAINTIFF**

THE ESTATE OF ESTHER JANE CECIL, by and through the Co-Executors of the
Estate, Anthony D. Cecil, III and Terrance W. Cecil,

4803 Bellevue Avenue

Louisville          Kentucky          40215

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

VS.

**DEFENDANT**

GGNSC LOUISVILLE HILLCREEK LLC d/b/a Golden Living Center--Hillcreek

3116 Breckenridge Lane

Louisville          Kentucky          40220

**Service of Process Agent for Defendant:**
CORPORATION SERVICE COMPANY

421 West Main Street

Frankfort          Kentucky          40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: JUN 28 2017, 2____

DAVID L. NICHOLSON, CLERK

By: _K Pratt_ , D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

Served by: _____

_____ Title

NO. **17CI03389**        JEFFERSON CIRCUIT COURT

DIVISION _____

THE ESTATE OF ESTHER JANE CECIL, BY AND
THROUGH THE CO-EXECUTORS OF HER ESTATE, ANTHONY
DOMINIC CECIL, III AND TERRANCE WAYNE CECIL,
4803 Bellevue Avenue,
Louisville, Kentucky 40215

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

                                                                    PLAINTIFF

v.

**COMPLAINT AND JURY DEMAND**

GGNSC LOUISVILLE HILLCREEK LLC d/b/a
GOLDEN LIVING CENTER—HILLCREEK
3116 Breckenridge Lane,
Louisville, Kentucky 40220                                              DEFENDANT

               **SERVE**:     Corporation Service Company
                                 421 West Main Street
                                 Frankfort, KY 40601

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, the Estate of Esther Jane Cecil, by and through the Co-Executors of her Estate Anthony Dominic Cecil, III and Terrance Wayne Cecil, and for its Complaint and Jury Demand states as follows:

**PARTIES**

1. Plaintiff, the Estate of Esther Jane Cecil, by and through the Co-Executors of her Estate Anthony Dominic Cecil, III and Terrance Wayne Cecil, is and was at all times pertinent hereto were residents of Louisville, Jefferson County, Kentucky. Anthony Dominic Cecil, III and Terrance Wayne Cecil were appointed Co-Executors of the Estate of Esther Jane Cecil by Order of the Daviess District Court entered May 15, 2017. A copy of that Order is attached hereto as Exhibit 1.

1

2. Defendant, GGNSC Louisville Hillcreek LLC, is a Delaware Limited Liability Company with its principal office located at 3116 Breckenridge Lane, Louisville, Kentucky 40220. GGNSC Louisville Hillcreek LLC does business under the assumed name Golden Living Center—Hillcreek.

## JURISDICTION

3. Subject matter jurisdiction is proper in this Court as the damages sustained by the Plaintiff and the Plaintiff's decedent as alleged herein exceed the jurisdictional minimums mandated by statute.

## COUNT I—NEGLIGENCE

4. Plaintiff reasserts each and every allegation set forth in paragraphs one through three of the Complaint as if fully set forth herein.

5. On or about September 29, 2016, Defendant established a medical provider—patient relationship with the Plaintiff's decedent Esther Jane Cecil. Defendant had a duty to provide the Plaintiff's decedent Esther Jane Cecil, as a patient, such reasonable care and attention for her safety as her mental and physical condition known or discoverable by the exercise of ordinary care may have required.

6. On or about September 29, 2016 at around 9:15 p.m., Plaintiff's decedent, Esther Jane Cecil, fell while inpatient at Golden Living Center—Hillcreek while under the care and supervision of the agents, employees, shareholders, and/or members of Defendant Golden Living Center—Hillcreek suffering serious bodily injury.

7. On or about September 29, 2016, Defendant Golden Living Center—Hillcreek, acting by and through its employees, agents, shareholders, or members, breached its duty of care owed to the Plaintiff's decedent, Esther Jane Cecil, by failing to, among other things, conduct an appropriate initial assessment of the decedent, implement appropriate safeguards and procedures to protect her from falling, and by otherwise failing to use reasonable care to prevent the Plaintiff's decedent from falling and suffering serious bodily injury.

8. As a direct and proximate result of the negligence of Defendant Golden Living Center—Hillcreek as described in this Count of the Complaint and prior to the death of Plaintiff's decedent, Esther Jane Cecil suffered serious bodily injuries, mental injuries and suffering, pain and mental anguish, and past medical expenses all to her damage and detriment and/or to the damage and detriment of the Estate of Esther Jane Cecil in an amount which exceeds the jurisdictional minimum of this Court.

**WHEREFORE**, Plaintiff, the Estate of Esther Jane Cecil, by and through the Co-Executors of her Estate Anthony Dominic Cecil, III and Terrance Wayne Cecil, hereby demands as follows:

1. Judgment against Defendant GGNSC Louisville Hillcreek LLC d/b/a Golden Living Center—Hillcreek in an amount which exceeds the jurisdictional requirements of this Court, and reasonably compensates the Plaintiff for the damages incurred by the decedent as a result of the Defendant's negligence prior to the death of the decedent as alleged in the Complaint;

2. For a trial by jury;

3.  For its costs incurred herein including a reasonable attorney's fee; and

4.  Any and all other relief to which the Plaintiff and/or the Plaintiff's decedent may be entitled to under the law.

Respectfully submitted,



Charles W. Miller
Rheanne Dodson Falkner
**MILLER & FALKNER**
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY  40202
(502) 583-2300
(502) 583-2323 (fax)
**COUNSEL FOR PLAINTIFF**

**EXHIBIT 1**

COMMONWEALTH OF KENTUCKY
DAVIESS DISTRICT COURT/DIVISION III
PROBATE SESSION
CASE NO. 17-P-059



FILED
MAY 15 2017
SUSAN W. TIERNEY, CLERK
BY: _____ D.C.

IN RE: ESTATE OF ESTHER JANE CECIL

### MOTION/ORDER TO AMEND PETITION FILED JANUARY 18, 2017

Comes, Louis Edward Hoskins, Brother and Executor of Decedent, Esther Jane Cecil, moves the Court for an Order allowing him to be withdraw as Executor of Estate and appoint Anthony Dominic Cecil III and Terrence Wayne Cecil as Co-Executors.

WHEREFORE, Louis Edward Hoskins requests that the Court issue an Order allowing him to withdraw as Executor and appoint Co-Executors.

This the 15th day of May, 2017.

_____
Louis Edward Hoskins

### ORDER

**NOW THEREFORE IT IS HEREBY ORDER AND ADJUDGED** that the Petition filed on January 18, 2017, is amended as follows:

1.) Louis Edward Hoskins is relieved of all duties as Executor of Estate

2.) Anthony Dominic Cecil III and Terrence Wayne Cecil are appointed as Co-Executors of Estate.

This the 15th day of May, 2017.

_____
Judge

ENTERED
MAY 15 2017
SUSAN W. TIERNEY
BY: _____ D.C.

I CERTIFY THAT THE FOREGOING IS A FULL AND CORRECT COPY APPEARS IN MY OFFICE
THIS 15 DAY OF MAY, 2017
SUSAN W. TIERNEY, CLERK
DAVIESS CIRCUIT CLERK
BY _____ D.C.



U.S. POSTAGE >> PITNEY BOWES
ZIP 40202 $ 006.77⁰
02 4W
0000339432 JUN 29. 2017

7016 0910 0001 3571 5112

DAVID L. NICHOLSON
JEFFERSON COUNTY CIRCUIT COURT CLERK
LOUIS D. BRANDEIS HALL OF JUSTICE
600 WEST JEFFERSON STREET
LOUISVILLE, KENTUCKY 40202

Corporation Service Company
421 West Main Street
Frankfort, Ky. 40601

40601-181521